UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| USA | § | |
| --- | --- | --- |
| | § | CRIMINAL NO: |
| vs. | § | EP:07-CR-00087(1)-KC |
| | § | |
| (1) Luis Posada Carriles | § | |

## Government and Defendant EXHIBITS for Hearing on Adminisibility of Evidence only

| Exhibit | Description | Date Admitted |
| --- | --- | --- |
| G 193 | Alvarez Passport | 3/9/11 |
| D 142 | Alvarez Passport | 3/9/11 |
| D 149 | FBI Handwriting Report | 3/9/11 |
| D 151 | 5/5/05 Statement of Cecilia Canel | 3/9/11 |