| Exhibit | Description |
|---|---|
| Gov---1-- | Cert Copy of Asylum App (Form I-589).pdf |
| Gov---2--A | Cert Copy of Asylum App |
| Gov---4-- | Notice of Entry of Appearance as Counsel.pdf |
| Gov---7--A | Clip of Removal Hearing |
| Gov---7--B | Clip of Removal Hearing |
| Gov---7--C | Clip of Removal Hearing |
| Gov---7--CC | Clips of Removal Hearing |
| Gov---7--D | Clip of Removal Hearing |
| Gov---7--E | Clip of Removal Hearing |
| Gov---7--F | Clip of Removal Hearing |
| Gov---7--G | Clip of Removal Hearing |
| Gov---7--J | Clip of Removal Hearing |
| Gov---7--K | Clip of Removal Hearing |
| Gov---7--L | Clip of Removal Hearing |
| Gov---7--M | Clip of Removal Hearing |
| Gov---7--N | Clip of Removal Hearing |
| Gov---7--O | Clip of Removal Hearing |
| Gov---7--P | Clip of Removal Hearing |
| Gov---7--Q | Clip of Removal Hearing |
| Gov---7--R | Clip of Removal Hearing |
| Gov---7--S | Clip of Removal Hearing |
| Gov---7--T | Clip of Removal Hearing |
| Gov---7--U | Clip of Removal Hearing |
| Gov---7--V | Clip of Removal Hearing |
| Gov---7--W | Clip of Removal Hearing |
| Gov---7--X | Clip of Removal Hearing |
| Gov---7--Y | Clip of Removal Hearing |
| Gov---8-- | Transcript of Removal Hearing.pdf |
| Gov---9-- | Notice to Appear |
| Gov---10-- | Naturalization App (Initial) (Form N-400).pdf |
| Gov---11-- | Naturalization App (annotated by Bolanos).pdf |

| | |
|---|---|
| Gov--12- | Req for Cert of Military Service (N-426).pdf |
| Gov--13-A | Clip of NATZ Hearing |
| Gov--13-AA | Clip of NATZ Hearing |
| Gov--13-B | Clip of NATZ Hearing |
| Gov--13-BB | Clip of NATZ Hearing |
| Gov--13-C | Clip of NATZ Hearing |
| Gov--13-CC | Clip of NATZ Hearing |
| Gov--13-D | Clip of NATZ Hearing |
| Gov--13-DD | Clip of NATZ Hearing |
| Gov--13-E | Clip of NATZ Hearing |
| Gov--13-F | Clip of NATZ Hearing |
| Gov--13-G | Clip of NATZ Hearing |
| Gov--13-H | Clip of NATZ Hearing |
| Gov--13-I | Clip of NATZ Hearing |
| Gov--13-J | Clip of NATZ Hearing |
| Gov--13-K | Clip of NATZ Hearing |
| Gov--13-L | Clip of NATZ Hearing |
| Gov--13-M | Clip of NATZ Hearing |
| Gov--13-N | Clip of NATZ Hearing |
| Gov--13-O | Clip of NATZ Hearing |
| Gov--13-P | Clip of NATZ Hearing |
| Gov--13-Q | Clip of NATZ Hearing |
| Gov--13-R | Clip of NATZ Hearing |
| Gov--13-S | Clip of NATZ Hearing |
| Gov--13-T | Clip of NATZ Hearing |
| Gov--13-U | Clip of NATZ Hearing |
| Gov--13-V | Clip of NATZ Hearing |
| Gov--13-W | Clip of NATZ Hearing |
| Gov--13-X | Clip of NATZ Hearing |
| Gov--13-Y | Clip of NATZ Hearing |
| Gov--13-Z | Clip of NATZ Hearing |
| Gov--16- | Certified Copy of Natz Hearing |
| Gov--17- | Copy of Audio Cassette Tapes NATZ |
| Gov--18- | Copy of Consolidated Enhanced CDs |
| Gov--19- | Copy of Fed. Reg. 8 CFR Section 335.2 |
| Gov--19-A | Copy of 8 C.F.R. 335.1 |

| Gov---20-- | Search Warrant Photo 1 |
| --- | --- |
| Gov---21-- | Search Warrant Photo 2 |
| Gov---23-- | Search Warrant Photo 4 |
| Gov---25-- | Search Warrant Photo 6 |
| Gov---27-- | Search Warrant Photo 8 |
| Gov---30-- | Search Warrant Photo 11 |
| Gov---31-- | Search Warrant Photo 12 |
| Gov---33-- | Search Warrant Photo 14 |
| Gov---40-- | Photo of Guatamalan Passport for Manuel E. Castillo Lopez.pdf |
| Gov---41-- | Photo of Mexican Tourist Entry Receipt.pdf |
| Gov---56-- | Photo of Greyhound Bus ticket.pdf |
| Gov---57-- | Photo of Greyhound Receipt for food 1.pdf |
| Gov---58-- | Photo of Greyhound Receipt for food 2.pdf |
| Gov---70-- | Passport sized photos of Posada.pdf |
| Gov---72--B | Photo of Isla Mujeres Barber Shop 1 |
| Gov---72--C | Photo of Isla Mujeres Barber Shop 2 |
| Gov---72--D | Photo of Isla Mujeres Barber Shop 3 |
| Gov---74-- | Photo of Posada getting haircut.jpg |
| Gov---75--A | Santrina and Players |
| Gov---75--B | Photo of Santrina and Players |
| Gov---75--C | Photo of Santrina and Players |
| Gov---75--D | Photo of Santrina and Players |
| Gov---75--E | Santrina and players |
| Gov---75--F | Santrina and players |
| Gov---75--G | Santrina and players |
| Gov---75--H | Santrina and players |
| Gov---75--I | Santrina and players |
| Gov---75--J | Santrina and players |
| Gov---75--K | Photo of Ernesto Abreu |
| Gov---75--L | Photo of Ruben Lopez Castro |
| Gov---75--M | Photo of Generosa Bringas |
| Gov---76-- | Photo of Bringas U.S. Passport.pdf |
| Gov---78-- | Guatamalan MLAT docs with passport app.pdf |
| Gov---79-- | Translation of Guatamalan passport app.pdf |
| Gov---83-- | Caribe Foundation Incorporation docs.pdf |
| Gov---84-- | Amendments to Caribe Foundation Inc docs.pdf |

| | |
|---|---|
| Gov--86- | Photo of Abreu U.S. Passport.pdf |
| Gov--87- | Costamar travel records.pdf |
| Gov--88- | MBNA credit card records (03-2005) re airfare.pdf |
| Gov--89- | TACA flight records.pdf |
| Gov--91- | Photo of Lopez-Castro U.S. Passport.pdf |
| Gov--92- | Passport of Abascal.pdf |
| Gov--93- | Photo of Pujol U.S. Passport.pdf |
| Gov--96- | Documents relating to Santrina ent Mexico |
| Gov--97- | Translation of Documents re Santrina |
| Gov--98- | Santrina Registration |
| Gov--101- | Chief Timoney's calendar page for 3-18-05.pdf |
| Gov--104-B | Photo of Alvarez' house and Santrina |
| Gov--104-C | Photo of Santrina Voyage |
| Gov--104-G | Photo of Former Big Fish Restaurant |
| Gov--105- | Photo of Biscayne Bay |
| Gov--109- | Solo fax to Jose and Pepe.pdf |
| Gov-109-A | Solo Fax with FBI sticker |
| Gov--110- | Translation of Solo fax to Jose and Pepe.pdf |
| Gov--112-A | Western Union Documents |
| Gov--112-A1 | Western Union Docs Ramon Medina |
| Gov--112-A2 | Western Union Docs Jose Alvarez |
| Gov--112-A3 | Western Union Docs Francisco Chavez |
| Gov--112-A4 | Westerrn Union Doc Jose Feliu |
| Gov--114-A | Photo of Bodeguita del Medio |
| Gov--114-A1 | Bodeguita Photo - Marked up |
| Gov--114-AA | Photo of Bodeguita del Medio |
| Gov--114-AA1 | Bodeguita Photo - Marked up |
| Gov--114-B | Photo of Bodeguita del Medio |
| Gov--114-B1 | Bodeguita Photo - Marked up |
| Gov--114-C | Photo of Bodeguita de Medio |
| Gov--114-C1 | Bodeguita Photo - Marked up |
| Gov--114-CC | Photo of Bodeguita del Medio |
| Gov--114-CC1 | Bodeguita Photo - Marked up |
| Gov--114-D | Photo of Bodeguita del Medio |
| Gov--114-D1 | Bodeguita Photo - Marked up |
| Gov--114-E | Photo of Bodeguita del Medio |

| | |
|---|---|
| Gov--114-F | Photo of Bodeguita del Medio |
| Gov--114-G | Photo of Capri Hotel 1.pdf |
| Gov--114-H | Photo of Capri Hotel 2.pdf |
| Gov--114-JJ | Photo of Melia Cohiba |
| Gov--114-KK | Photo of Melia Cohiba hotel |
| Gov--114-LL | Photo of Melia Cohiba hotel |
| Gov--114-MM | Photo of Melia Cohiba hotel |
| Gov--114-NN | Photo of Melia Cohiba hotel |
| Gov--114-O | Photo of Capri Hotel 9.pdf |
| Gov--114-OO | Photo of Melia Cohiba hotel |
| Gov--114-PP | Photo of Melia Cohiba hotel |
| Gov--114-Q | Photo of Chateau Miramar Hotel 1.pdf |
| Gov--114-QQ | Photo of Melia Cohiba hotel |
| Gov--114-S | Photo of Chateau Miramar Hotel 3.pdf |
| Gov--114-U | Photo of Chateau Miramar Hotel 5.pdf |
| Gov--115-B | Photo of Chateau Miramar Hotel 12.pdf |
| Gov--115-BB | Photo at Triton Hotel |
| Gov--115-C | Photo of Copacabana Hotel 1.pdf |
| Gov--115-C1 | Photo of Copacabana |
| Gov--115-CC | Photo at Triton Hotel |
| Gov--115-D | Photo of Copacabana Hotel 2.pdf |
| Gov--115-D1 | Photo of Copacabana |
| Gov--115-DD | Photo of Triton Hotel |
| Gov--115-E | Photo of Copacabana Hotel 3.pdf |
| Gov--115-E1 | Photo of Copacabana |
| Gov--115-EE | Photo of Triton Hotel |
| Gov--115-G | Photo of Copacabana Hotel |
| Gov--115-H | Photo of Copacabana Hotel |
| Gov--115-I | Photo of Nacional Hotel 1.pdf |
| Gov--115-N | Photo of Nacional Hotel 6.pdf |
| Gov--115-O | Photo of Nacional Hotel 7.pdf |
| Gov--115-P | Photo of Nacional Hotel 8.pdf |
| Gov--115-R | Photo at Triton Hotel |
| Gov--115-S | Photo of Triton Hotel 2.pdf |
| Gov--115-S1 | Triton Hotel Photo – Marked up |
| Gov--115-U | Photo of Triton Hotel 4.pdf |

| | |
|---|---|
| Gov--115-U1 | Triton Hotel Photo – Mark Up |
| Gov--115-V | Photo of Triton Hotel 5.pdf |
| Gov--115-V1 | Triton Hotel Photo – Marked up |
| Gov--115-X | Photo of Triton Hotel 7.pdf |
| Gov--115-X1 | Triton Hotel Photo – Marked up |
| Gov--115-Y | Photo of Copacabana Hotel |
| Gov--115-Z | Photo of Copacabana Hotel |
| Gov--116 | Di Celmo Autopsy Report English Translation |
| Gov--116-A | Photo of DiCelmo Autopsy 1 |
| Gov--116-D | Photo of DiCelmo Autopsy 4 |
| Gov--116-E | Photo of DiCelmo Autopsy 5 |
| Gov--116-F | Photo of DiCelmo Autopsy 6 |
| Gov--116-G | Photo of DiCelmo Autopsy 7 |
| Gov--116-H | Di Celmo Autopsy Report |
| Gov--117- | Italian Birth Cert for Di Celmo w translation.pdf |
| Gov--118- | Italian Death Cert for Di Celmo w translations.pdf |
| Gov--120- | Video of Salazar Interview |
| Gov--121- | Transcript of Salazar Interview (redacted) |
| Gov-123-1 | Bardach CD Redacted Part 1 |
| Gov-123-2 | Bardach CD Redacted Part 2 |
| Gov--123-A | Bardach Clip |
| Gov--123-AA | Bardach Clip |
| Gov--123-B | Bardach Clip |
| Gov--123-BB | Bardach Clip |
| Gov--123-C | Bardach Clip |
| Gov--123-CC | Bardach Clip |
| Gov--123-D | Bardach Clip |
| Gov--123-DD | Bardach Clip |
| Gov--123-E | Bardach Clip |
| Gov--123-EE | Bardach Clip |
| Gov--123-F | Bardach Clip |
| Gov--123-FF | Bardach Clip |
| Gov--123-G | Bardach Clip |
| Gov--123-GG | Bardach Clip |
| Gov--123-H | Bardach Clip |
| Gov--123-I | Bardach Clip |

| | |
|---|---|
| Gov--123-J | Bardach Clip |
| Gov--123-K | Bardach Clip |
| Gov--123-L | Bardach Clip |
| Gov--123-M | Bardach Clip |
| Gov--123-N | Bardach Clip |
| Gov--123-O | Bardach Clip |
| Gov--123-P | Bardach Clip |
| Gov--123-Q | Bardach Clip |
| Gov--123-R | Bardach Clip |
| Gov--123-S | Bardach Clip |
| Gov--123-T | Bardach Clip |
| Gov--123-U | Bardach Clip |
| Gov--123-V | Bardach Clip |
| Gov--123-W | Bardach Clip |
| Gov--123-X | Bardach Clip |
| Gov--123-Y | Bardach Clip |
| Gov--123-Z | Bardach Clip |
| Gov--124- | Transcript of Bardach Interview (redacted) |
| Gov--129- | Handwritten Note by Defendant.pdf |
| Gov--140- | CV of David Cuddihy |
| Gov--141- | CV of Troy Eberhardt |
| Gov--146- | CV of Susanna Bolanos |
| Gov--151- | Application for Naturalization Abascal |
| Gov--160- | Letter of 01-03-11 *For Proof only; not released to the jury.* |
| Gov--165- | Copy of 8 CFR 335.6 |
| Gov--166- | Copy of 8 USCA 1440 |
| Gov--168- | Copy of 8 CFR329.2 |
| Gov--169- | Copy of 8 CFR 103.2 |
| Gov--170- | Map of Mexico |
| Gov--171- | Map of United States |
| Gov--174- | CV of James Patterson |
| Gov--175- | Translated CV of Yleana Viscaino Dime |
| Gov--182- | Western Union Documents |
| Gov-189 | Ann Bardach's CV |
| Gov--192-A | Photo of DiCelmo's face |
| Gov--192-B | Photo of DiCelmo alive |

| | |
|---|---|
| Gov--193- | Photo of Passport for Antonio Alvarez |
| Gov-196-A | Photo of Posada Gift (painting) |
| Gov-196-B | Photo of Signature of Luis Posada on painting |
| Gov-196-C | Photo of first inscription on painting |
| Gov-196-D | Photo of second inscription on painting |
| Gov-196-E | Photo of both inscriptions on painting |
| Gov-196-F | Photo of partial front and second inscription on painting |
| Gov-196-G | Photo of second inscription on painting (close up) |
| Gov-199 | Photo of Chief John Timoney |
| Gov--204 | Stipulations as to Evidence |
| Gov--210 | CV of Alberto Millian |
| Def-1-A | Gilberto Abascal v Elena Banos (redacted)_I |
| Def-1-C | Gilberto Abascal v Elena Banos 2005 Fin Affid (redacted) |
| Def-1-D | Gilberto Abascal v Elena Banos 2010 Fin Affid (redacted) |
| Def-4 | 34 Photos Ceballos Chicken Farm_I |
| Def-6 | Marianao Travel Records – Abascal (redacted) |
| Def-7 | Photographs of Abascal's Red Truck |
| Def-8-A | Photos of Elena Banos residence |
| Def-8-B | Photo of Elena Banos |
| Def-8-C | Photo of Elena Banos |
| Def-11 | Village Apartments Payments to Abascal_I |
| Def-12 | Inverrary Rentals Payments to Abascal_I |
| Def-13 | SUPERSEDING INDICTMENT_Bkmkd_DE-133_4-8-2009 |
| Def-14 | Abascal Continuing Confidential Informant Report_8-31-200 |
| Def-18 | Abascal v Ceballos (Complaint, etc)_I |
| Def-19 | Ceballos Checks to Abascal 2003 to 2004_I-rev |
| Def-19-A | Ceballos Agreement with Abascal |
| Def-19-B | Ceballos Agreement-Dilvery of Cks to Abascal |
| Def-19-C | Ceballos (Engl Transl) Agreement-Delivery of Chks to Abascal |
| Def-19-D | Ceballos 16 Checks to Abascal and Cash |
| Def-20 | Abascal and Mitat Iberia Airlines Ticket Receipts-Panama_I |
| Def-23 | Abascal CI File and Contract_8-10-2005 (redacted)_I |
| Def-24-ABC | Abascal's Psychiatric Records-Bate Stamped-SS and labs (red |
| Def-25 | Abascal – Fla Workers Compensation Records (redacted)_S |
| Def-29 | Immig Field Adjudicator's Manual, Chap 73.6 |
| Def-46-A | Abascal's Citizenship Application_2005_(redacted)_S |

| | |
|---|---|
| Def-46-B | Abascal`s Medical Certif_Disability Exceptions (redacted)_S |
| Def-46-C | Abascal`s Citizenship Application_8-6-2004_(redacted)_S |
| Def-46-D | Abascal`s Medical Certif for Disability Exceptions_N-648(redacted)_S |
| Def-46-E | Abascal`s Citizenship Application Worksheets |
| Def-48 | Photograph Posada-Carriles (Greyhound Bus)_S |
| Def-49 | Photographs Santrina Boat |
| Def-50 | Photograph Milagros Ochoa_S |
| Def-51 | Abascal`s Social Security Records (redacted) |
| Def-52 | SUMMARY CHART-PAYMENTS TO ABASCAL-I |
| Def-57-A | Photo Abascal in Cancun |
| Def-60 | Bardach Defense Transcript Excerpts (redacted)_S |
| Def-78 | Photograph of Fidel Castro Holding Photograph of Defendan |
| Def-79-A1 | TAPE 1-A Naturalization Hrg Partial Transcript |
| Def-79-B1 | TAPE 1-B Naturalization Hrg Partial Transcript |
| Def-79-F1 | TAPE 3B Naturalization Hrg Partial Transcript |
| Def-81 | CV Esther Crespo_S |
| Def-83 | Posada-Carriles` Army Records_S |
| Def-84-A | Greyhound Bus Records_S |
| Def-85 | Venezuelan ID Card -Received_S |
| Def-87 | Photograph-Bardach and Fidel Castro_I |
| Def-90-A | 8 CFR 335-1 and 2 (Immig Investig and Interview) |
| Def-90-B | 8 USC 1101(f) – Bars to Good Moral Character |
| Def-90-C | 8 CFR 316.10 – Good Moral Character |
| Def-90-M | 15-8 Role of Attorney or Repr_Interview Process |
| Def-90-MA | 8 CFR 335.6 Failure to Appear |
| Def-90-P | 8 CFR 1208 (Asylum WH Removal) |
| Def-91-A | Spector Bio 2011 |
| Def-91-B | Carlos Spector.bio-2011 |
| Def-98 | ISLA MUJERES NAVAL BASE |
| Def-99 | Photograph of Santrina_rev-S |
| Def-100-A | Removal Hearing Transcript 6-13-2005 Tape 1 (redacted) |
| Def-100-B | Removal Hearing Transcript 8-29-2005 Tape 2 (redacted) |
| Def-100-F | Removal Hearing Transcript 8-31-2005 Tape 9 (redacted) |
| Def-100-G | Removal Hearing Transcript 9-26-2005 Tape 10 |
| Def-106 | Mexican Customs Records (03-15-05) Showing Crew of Santr |
| Def-107 | Ernesto Abreu Plane Ticket_S |

| | |
|---|---|
| Def-108 | Notice to Appear_Posada (redacted)_S |
| Def-109 | Form I-589 Office of Executive Immig Rev El Paso_Posada |
| Def-110-A | Decision-Abbott_WH or Deferral Removal_Posada (redacte |
| Def-110-B | Amd Decision-Abbott_WH or Deferral Removal_Posada (red |
| Def-110-C | Decision-Abbott_Exclusion DHS Evidence_Posada (redacte |
| Def-110-D | Order to Pretermit re Statutory Bar |
| Def-111 | NOTICE OF APPEARANCE - N-400 |
| Def-111-A | Form N-400 Application for Naturalization_Posada_S |
| Def-111-B | Naturalization App (annotated by Bolanos) |
| Def-112 | Copy Section 329 Immigration Naturalization Act_S |
| Def-113 | Decision of Posada Naturalization Application by Ray Ada |
| Def-114 | Letter Withdrawal of Asylum-Posada (redacted)_S |
| Def-115 | Final Judgment_Habeas Action-Posada_S |
| Def-116 | Application for Asylum and Withholding of Removal_Posada |
| Def-118 | MARIA ELVIRA SALAZAR`s-INTERVIEW TRANSCRIPT-Def Excerpts |
| Def-120 | Phone Records Abascal Year 2005 |
| Def-122-A | CV OF JAMES A GRIFFIN rev 02-10-2011 |
| Def-122-B | GRIFFIN REPORT 01-28-2010 |
| Def--122-D | Authentcity Exemplar |
| Def--122-E | Record of Events Exemplar |
| Def-123-A | Bate 66_Page 33 |
| Def-123-A1 | Waveform |
| Def-123-A1A | Marked Wave Photo |
| Def-123-B | Bate 152-153_Page 93-94 |
| Def-123-B1 | Waveform |
| Def-123-B2 | Developed tape |
| Def-123-B21 | Marked Photo |
| Def-123-B3 | Developed tape |
| Def-123-B31 | Marked Photo |
| Def-123-C | Bate 162-164_Page 100-101 |
| Def-123-C1 | Waveform |
| Def-123-C2 | Waveform |
| Def-123-C3 | Waveform |
| Def-123-C4 | Waveform |
| Def-123-C5 | Developed tape |
| Def-123-D | Bate 192-193_Page 122-123 |

| | |
|---|---|
| Def-123-D1 | Waveform |
| Def-123-E | Bate 222-Page 138 |
| Def-123-E1 | Developed tape |
| Def-123-E2 | Waveform |
| Def-123-E3 | Waveform |
| Def-123-c1a | Marked Photo |
| Def-123-c4a | Marked Wave Form |
| Def-123-da | Marked Waveform Photo |
| Def-123-e1a | Marked Developed Tape |
| Def-123-e2a | Marked Waveform |
| Def-123-e3a | Marked Wave Form |
| Def-124 | POSADA's CIA TERMINATION RECORDS |
| Def--126-a | Detective Cravens Offense Incident Report_S — *For proof only; not released to the jury.* |
| Def--126-b | Detective Cravens Report-Mexuscan Investigation_S — *For proof only; not released to the jury.* |
| Def-130 | FBI FINGERPRINT REPORT_S |
| Def-134 | MEXICAN CUSTOMS RECORDS-SANTRINA (Transl of Ex 106)_S |
| Def-140-A | PILOT - PANTOJA's STATEMENT TO LT COL CABALLERO (SPANI |
| Def-140-B | PILOT - PANTOJA's STATEMENT TO LT COL CABALLERO (ENGLI |
| Def-141 | AIRPLANE PASSENGER SEATING DIAGRAM - Tampa case |
| Def-142 | Passport of Antonio Jorge Alvarez (old) |
| Def-143 | Clinca Central Cira Garcia |
| Def-144-A | Reyes Rameriz Criminal History_English |
| Def-144-B | Reyes Rameriz Criminal History_Agt Laflin Rpt (Caballe |
| Def-145-A | Adel Regaldo Ulloa Criminal History by Lt Col Caballer |
| Def-145-B | Adel Regaldo Ulloa Criminal History by Lt Col Caballer |
| Def-145-C | Adel Regaldo Ulloa Criminal History by Lt Col Caballer |
| Def-146 | Roberto Bello Puentes Criminal History in Cuba - English |
| Def-147 | RALPH FERNANDEZ BIOGRAPHICAL PROFILE |
| Def-148 | R K WRIGHT MD - CURRICULUM VITAE |
| Def-149 | HANDWRITING ANALYSIS OF SOLO FAX - FBI REPORT DATED 3-29 |
| Def-152 | Passport of Antonio Jorge Alvarez (April 20 2006) |
| Def-153-A | Writing Exemplar |
| Def-154-A | BARDACH TRANSCRIPT NOTES - BATE SD00078 |
| Def-154-B | BARDACH TRANSCRIPT NOTES - BATE SD00113a |
| Def-156-A | DSE CARD Roberto Hernandez Del Llano (redacted) |
| Def-159-a | Photo of Interview Tapes |

| | |
|---|---|
| Def-159-b | Photo of Interview Tapes |
| Def-159-c | Photo of Interview Tapes |
| Def-159-d | Photo of Interview Tapes |
| Def-160 | Bardach's diagram of the taperecorder |
| Def-162 | LT COL CABALLERO HERNANDEZ PHOTOGRAPH |
| Def-165 | Stipulations as to Evidence |

Description text of released exhibits was provided to jurors