# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | EP:07-CR-00087(1)-KC |
| | § | |
| (1) Luis Posada Carriles | § | |

## RECEIPT FOR GOVERNMENT'S/DEFENDANT'S EXHIBITS

I hereby acknowledge receipt of the following exhibits introduced at the trial proceedings.

These exhibits will be retained until the final disposition of the case.

| | |
|---|---|
| 14 | 2 CDs (consolidated enhanced naturalization interview) |
| 17 A | 4 micro cassettes (naturalization interview) — *MALEC* |
| 112A-1 | Western Union Docs Ramon Medina |
| 112A-2 | Western Union Docs Jose Alvarez |
| 112A-3 | Western Union Docs Francisco Chavez |
| 112A-4 | Western Union Docs Jose Feliu |

_4/12/11_
DATE

ATTORNEY OR AGENT   *CHRISTOPHER BARRETT*

4/12/11
ATTORNEY OR AGENT   (17A only)

Paul E. Malec